Good morning. May it please the Court. My name is Burt Zacek, and I represent the defendant, Appelant, in this case. The facts of the case are probably a little bit important, so I'll kind of give you a quick rundown of them. A Colorado company sued an Illinois company in an Ohio court. They got a judgment by default. The judgment itself indicated that the plaintiff's name was not the complete name. It was Lincoln, excuse me, Protein Partners, and they obtained a judgment against a, the Illinois company, my client, and instead of listing the actual name of the company, they used the DBA and said Chicago Gourmet Steaks. There's no dispute that they actually sued the company that I represent. It's just that the judgment itself listed only the DBA. Some time later, they brought the case here to Illinois, registered it, and due to a quirk in the way that the statute allows registrations of judgments, there's really no oversight in how they identify the parties in the judgment. They're allowed to basically say whatever they want, and what they did is they indicated this time the legal name for the plaintiff, and then they identified the legal name for the defendant, changing both of them from what was in the judgment, and then began a citation proceeding. We came in at the point where the turnover order was being sought against my client, and that's when the case became active. And I think one of the key issues that the court asked us to address early on was whether in fact the court had jurisdiction to even hear this case, and it's our contention that primarily any time you bring a motion to quash objecting to the service of the summons or of any action at all, if in fact your argument relates to the fact that there was no objection to the service, the court has, of course, jurisdiction to hear that, because the court never loses jurisdiction to hear that. It can be brought 31 days after the judgment was entered. It can be entered or brought 10 years after the judgment. Let's be real precise. Everybody be real precise here. So clearly the state, the cases say that a void judgment can be attacked at any time, right? Correct. Okay. Are you making an argument that this is a void judgment? We are. The key issue here is that service was never accomplished within the parameters of the United States Constitution. I don't dispute that service is allowed by mail in many instances. It's allowed in the federal courts. Illinois recognizes that federal jurisdictions allow service by mail. But what Illinois courts don't recognize and what the federal courts refuse to accept is when a party sues a company and it does so by serving the company by mail, whether it's registered, certified, it doesn't matter, there has to be a person that's qualified to receive the summons listed on the actual envelope that's delivered. This is H. Ed, but the Ohio statute clearly allows the plaintiff to serve the defendant in the manner in which it served the defendant. I mean, are you asking us to overturn or to find the Ohio Civil Practice Act unconstitutional? I am. And I Can we do that? I think you have to in this case, because if you don't look to the constitutionality of that issue, you're allowing the plaintiff to take advantage of a statute that the federal courts have unquestionably said time and again is unconstitutional. Isn't there case law that says that we give full faith and credit to this very type of service practice in a sister State if the judgment is otherwise valid? If it's otherwise valid, this Court would normally give full faith and credit to that judgment. The issue is, is it valid? And I have no dispute that there's no Well, that's one of the issues. But you were taking issue with the fact of service. You haven't gotten to the other argument yet. Right. But if the judgment is otherwise valid, are you saying that simply because the Ohio statute allows service in a way that Illinois does not, that it's unconstitutional, so we should declare the Ohio Civil Practice Act on that point unconstitutional? No, not at all. What I'm saying is that the federal courts have said that the federal constitution requires that something is important, that's so vital, like a complaint that's being served on a company, the federal courts say the federal constitution is violated if in fact it's served by mail and a person that's qualified to receive that complaint is enlisted. And you can imagine why. Somebody could sue BP Amico for $100 billion in Ohio and send it to any place under the Ohio statute that BP Amico does business and they don't have to identify anybody on there. Well, I saw your, I think you made a good analogy in your brief, but wouldn't the Ohio court be the proper place for you to attack this? It's not, because what we're attacking is the registration of the judgment. I can't attack the registration of this foreign judgment in an Ohio court. I'm in Illinois because they brought the case to Illinois. I have no choice but to be here. And because I'm here, because they brought me here, it's my contention that I have the doubt that the Illinois courts have always said that if somebody is objecting to service in the sister state and it was never fought about in that sister state, it's certainly you're entitled to bring it here. And I'm citing the Cole case that was cited in our original brief, but I mean, the issue goes so much bigger than that. The reason that we're allowed to even fight about whether service ever happened is that it's simply improper. Every court that has ever addressed that exact issue about. Let me ask you another question about the service. The affidavit of your president was somewhat less than clear on this point. He did state that it was addressed to somebody, but wouldn't it have been clearer to state that you never received notice, that he never received notice at all regarding the Ohio proceeding? I don't think that's exactly what the affidavit said. It talked about the service being made to somebody, to the corporation in general. It wasn't very specific. So did you have notice or didn't you have notice? We did that. And I mean, we had notice as far as somebody in the company obviously signed for it. The president of the company did not have notice of it. And what he was trying to convey was that he did learn about the judgment in time when they served the citation to discover assets on him. And it's a tough dichotomy to try to, you know, write when you're writing in a hurry to stop a turnover order from being entered. And if there's any fault with the way that it was conveyed, the fault lies with me, because we were faced with suddenly we have a citation to discover assets and it's up on a hearing for a turnover order. And so we were trying to both explain, yes, we do know about the judgment, but it was after the fact. It was after the judgment was entered in the Ohio court. It was after the judgment was entered and after the case was registered. Because under Illinois law, you don't really even have to do much as far as registering a judgment before you're allowed to begin collection proceedings. You register it, and that judgment is valid, and bang, you're in court right then doing a citation, and that's what happened. There's no wait period. There's no 30 days that you have to hold out for. You do it, and you're in court, and that's what we did. But it was just simply me trying to convey that we do know about the judgment. Obviously, we wouldn't be in court arguing about it if we didn't know about it. But what we did not know about was the fact that the company had a judgment entered against it by an Ohio court. If there's one thing I wouldn't do, it's come to this court saying, let me use tricky language and argue that we didn't know about something all along, saying, and I had my fingers crossed the whole time. The Ohio statute, has it been challenged in Ohio? It has, and the Ohio Supreme Court has said that it's an acceptable method of service. And yet every time I looked for cases in federal court explaining what the federal constitution requires, every one of the cases has in fact said, no, you can't serve people by simply identifying a company name and not putting a registered agent, an officer, or a president, somebody of that nature. And in fact, ironically, I was in a bankruptcy court, and this comes up all the time in bankruptcy courts, and that's why the majority of the cases, perhaps all of the cases we cited are bankruptcy cases, because it's just something that comes up so frequently where somebody will try to bring a contested matter, and they do so by serving a company by regular mail. And just as I sat on Friday in a bankruptcy court in DuPage County where they hold hearings for DuPage County people, somebody brought an argument that they were bringing a motion for sanctions against a company, and Judge Squires stopped them and said, I'm concerned you don't have service here. Take a look. You didn't do it. Now, I have no argument that one of the reasons that the bankruptcy courts impose that requirement is that it says so in their bankruptcy statute, Rule 7004. However, as the cases say, Rule 7004 doesn't create the right. In fact, all the cases say we're talking about a constitutional right. Rule 7004 from the bankruptcy code simply mimics what the Constitution requires. And every – So the Ohio Supreme Court has dealt with this issue? They have. Squarely, straight on? They have, straight on.  The Illinois court is going to – you believe in this context that an Illinois court here can find that the judgment that was entered in Ohio was void despite the fact that it complied with Ohio law that had been determined by the Ohio Supreme Court? I think that we have no choice but to do that. This case is before this court, and they're asking to enforce this judgment, and under the well-established principles of registrations of foreign judgments, we get the right to then explain why it is that we're not supposed to have a turnover order entered against our assets. And that was the Cole case that I cited. And the Cole case specifically said, if the jurisdiction in the foreign court has never been fought about because it was a default judgment, and then the judgment is brought here to Illinois, where else can that dispute be brought? And that's the whole point of the registration. If there weren't a basis to come to court and say, hey, we object to the jurisdiction in that foreign court, then there wouldn't even be a registration procedure. It would simply be you get to register the judgment, then you go forward. And I know it sounds like it's one of those things where you go, why are we disputing what an Ohio court says? And the reason is because the Ohio statute is, undeniably, doesn't comport with all the federal statutes. But undeniably is pretty hard to say, right? When the Supreme Court of Ohio disagrees with you. It is. So it's disputed, at least. You have an interesting argument that you're raising, the Ohio Supreme Court disagrees with you. It does. And yet, what we're supposed to do is, this court and all the appellate courts of all the different states are often required to look at the constitutionality of the federal statute or of a statute in terms of the federal constitution. And... Can I ask you, just briefly, because we only have a couple of minutes, I really don't understand your other two arguments. Sure. So I'm really going to ask you in this way. You talk about how the names are different on the documents that are filed in Illinois. And you also talk about how the plaintiff is not the proper plaintiff, right? My first question is, do either one of those arguments relate to the voidness of the Ohio judgment? And how? It does not relate, neither of those relate to the voidness of the Ohio judgment. Isn't that the only thing that we can look at? It is. That's exactly my question. It seems to me, looking at the cases, when we're in a position as we are now, the only arguments that you can make are either that there is, well there are about five, but basically ideas about jurisdiction and due process ideas and extrinsic fraud, and a lot of cases talk about what is the nature of extrinsic fraud. And other than that, other than that there's been sellout or something like that, those are the only arguments that you can raise. So I don't understand where your arguments fit in that construct. The case that we cited about changing the name of the parties is the one that I think is directly on point. I'm really troubled by Avery. Avery doesn't tell us that the name of the parties. Ayers. Ayers. It doesn't really explain to me, in this case, under what theory it is just saying we can't agree with this case. Well, here's, I think. So I'm asking you again, just to go beyond what the case is. Explain to me, I'm concerned about jurisdiction. Yeah. How does this fit in? Is there a jurisdictional problem? Maybe that's your first argument. But for the second and third, they're not about jurisdiction, as far as I can see. They're not questions of jurisdiction over the defendant, right? And are they issues about extrinsic fraud? If you need a label to put it on, I guess extrinsic fraud would be the cleanest way to think of it, especially in terms of changing the names of the parties. But let me use an example of what if, in fact, they did sue my company and the company that I represent, Lincoln Provision, and in Illinois, they did this in Ohio, and in Illinois, they registered the judgment against BP Amico. Could anybody seriously sit here and say, well, they had jurisdiction over Lincoln Provision in Ohio, and why, if they had jurisdiction, how can we argue about it? The point I'm making is that's what Ayers is saying. You can't change the names of the parties. There's no fundamental basis for it. There's a very limited... But I don't understand how you count, certainly after 30 days, right? So the only thing you can argue is avoid judgment, correct? Correct. After 30 days. So that's where I'm trying to take you. Why does this make the judgment void? Well, let me... The case is, the doctors, whatever, doctors associates, talks about all these different ideas, and the way they describe, define extrinsic fraud is that it's conduct that is collateral for the issues in the case that would prevent the unsuccessful party from having a fair opportunity to participate and defend in the foreign judgment. So I don't see how these two arguments relate to the defendant, your client, right to have a fair opportunity to participate and defend in Ohio. Sure. Well, the second of the two that we're talking about now is, I think, more directly the extrinsic fraud. And that is, we never had a chance to point out that this company that sued us doesn't have a basis to be suing in Ohio. They brought a case, their Colorado company, suing in Ohio against an Illinois company, and we didn't get service of it, they end up... And that may be a problem. Yeah. But the problem is, that may be a problem.  Is that a problem that can be addressed here? And that's what, certainly that's what the doctor's case is all about, saying there were all kinds of strange things that went on in Oklahoma or wherever it was, Kansas, lots of strange things went on in that case in Kansas. But that's not, you can't raise those here. Sure. They're not, I mean, in that case it's the judgment, the next part of hearing, and all that kind of thing. And our court here says, no, no, no, that's, those are intrinsic fraud. It's some problem with the case. You can't raise that in this context. The point that we're making is that... Which, everything that Justice Spicer said brings me back to the question that I asked you at the beginning. Should you have attacked this in Ohio? Two things. I'll kind of back into it. To answer that question, the case that we're fighting about, the case that's being prosecuted by the plaintiff here is a registration of a foreign judgment. And what, you know, we can't attack that case in Ohio. We could clearly... But you are essentially asking us to make a ruling in your favor based on a number of factors that relate to the entry of that judgment in Ohio in the first place. So it's not just a question of, here is a valid judgment. So I'm asking the Illinois court to disallow the registry or to deny registration of this judgment. You're trying to attack the validity of the Ohio judgment in an Illinois court. And I ask you, wouldn't that be more appropriately brought in an Ohio court? That's what I asked you at the beginning. And everything that you just said, you haven't really answered that question. And I think it's fundamental to resolution of this case. I guess it is something that could be brought in Ohio. And perhaps that's another avenue that we can explore. The issue is, when you're talking about full faith and credit, you're not just talking about judgments. You're talking about statutes as well, of rules that pertain to litigants. We have to give full faith and credit to the Ohio courts as well. But if the judgment was void from the beginning, as you're talking about, wouldn't the safer, maybe this is just a practical question, wouldn't the safest route for you to take would be to file what's equivalent to a 214.01 motion in an Ohio court? They do have such a thing in the Office of Justice Act. I'm not worried about the Ohio judgment, nor should my client be worried about it, because they have a judgment against what we consider to be a non-entity. They have a judgment against an entity called Chicago Gourmet Steaks. And they're not going to get a bank account relating to Chicago Gourmet Steaks. They can do whatever they want with that judgment. It's funny you should raise that. What did the judgment line say? Did the judgment line in the Ohio case not say for the plaintiff and against the defendant? Well, the judgment said- Isn't that what it said? Yes, it said for the plaintiff, against the defendant. How many plaintiffs were there? One. There was one. How many defendants were there? One. Correct. But let me point this out. Can you look- One more question, and then you can say whatever you want to say. Can we, or can the court, let's say the Illinois court, look at the totality of the complaint that was filed, then to maybe explain or make clear the plaintiff and the defendant's situation? Well, not if you listen to the plaintiff. The plaintiff is saying, we can't look beyond anything. We are limited solely to what this judgment says. And if the judgment is looked at, there is no reference to anything about the defendant. And that's my point. I'm saying, for heaven's sakes, let's not let them have both things. Let's not let them say, we get to look at the judgment and that's conclusive, but we also get to look at the facts that support the judgment to get to where we want to be. If they're stuck saying we have to look at the judgment only, then let's say that. Let's not let a party come to the Illinois courts and tacitly acknowledge that they have a judgment that isn't valid there by changing the names of the parties. The registration of judgment statute, and this goes to your point, your honor, it has a very limited purpose. It is to let you register a judgment, and everybody has that right if it's been entered. But it specifically does, that's the jurisdiction of the court, registering that judgment. They understand that they can't just register that judgment and go forward. They want the court to look at all of the facts that support it. And if they want that to happen, then please, what's good for the goose is good for the gander. If they want to say, let's look at who's underlying this judgment. The plaintiff, we get to look at other documents to see who it is. The defendant, we can figure that out by looking at extrinsic evidence. Then I'm saying, fine, as long as we're stuck doing all of that, then let me go ahead and point out the extrinsic evidence too. Because otherwise, what you're letting them do, I think, is go way beyond the jurisdiction of any court in this state by saying, we're going to register a judgment, but now we want to identify things and make it very clear. If they want to live with what they've got in Ohio, that's fine. But they can't come to this court under a statute that lets them do one thing and only one thing, register a judgment, and then start changing the names. Why don't we let them change the amounts too? One of your main arguments, although I'm not sure you clearly articulated this, that if they're going to be allowed to register the judgment in Illinois, it has to be the exact judgment that was entered by the Ohio court. And they can't add the LLP that they added after the name of Protein Partners. And they can't add Lincoln provisions in front of doing business as Chicago Gourmet States. Is that what you're saying? If you would be okay with them being allowed to enter that judgment that the Ohio court granted, if you, if the Illinois court let them enter it exactly as it appears on the Ohio judgment, is that your position? Yeah, I would still be troubled by the constitutional issue that we raised. I know, but that's another question. Nobody likes that one but me. But barring that, look, if they're going to do anything, if they have the right to do anything, it's to do what the statute says that they have a right to do. But I'd like you to answer my very narrow question that I asked. I would be pleased if that's what the court did. If it said, you're right, they don't get to change the names of the parties when they come to the Illinois court. Because it seems to me that they might as well be allowed to change the amount. Your Honor asked me the question about why don't we go to the Ohio court? They have a comparable situation to a 214 and a 213-01. Why doesn't the plaintiff do that? If they don't like the fact that they have a judgment entered in the wrong party's names, why don't they go back to their courts? And why is the burden on us? But they don't think they have a judgment in the wrong party's names. You think so. They clearly do not. I submit that I think that they do think that they have it in the wrong party's names because they changed the names when they came to Illinois. If they were comfortable with what they had, they never would have done what they did, which is doctor up the order, change who the parties are, and then register the case here. We didn't get a chance to object to that because that's the quirk of the registration of judgment statutes I was referring to. Let them. It's their problem. If they want to fix it, don't let them use this court or the lower court as kind of a rubber stamp for you get to play fast and loose with Ohio rules and you get to play fast and loose with the Illinois rules as well. So I want to talk about jurisdiction. So in the Ohio judgment, the defendant is called what? In the judgment, it's called Chicago Gourmet Steaks. So did the Ohio court, setting aside the notice ideas, did the Ohio court have jurisdiction over Chicago Gourmet Steaks? The Ohio court entered a judgment assuming it had jurisdiction. Whether we agree with that, I dispute that. But under the Ohio statutes, you know, the way it's interpreted, they do. Over Chicago Gourmet Steaks? Correct. Okay. So does, so your concern is that they had jurisdiction over Chicago Gourmet Steaks but there's no jurisdiction over Lincoln Provision doing business at Chicago Gourmet Steaks? Correct. Why is there no jurisdiction over that? There's no jurisdiction, at least there shouldn't be in Illinois, because there's no judgment. You get one thing, a registration, they're hamstrung and should be hamstrung by what the registration of a foreign judgment allows to happen. You hear what I'm talking about? Yeah. It's like a void. Remember we started there. The only thing you can talk about is voidness. Right. Right, that's the only thing I'm talking about. So cases talk about jurisdiction, I mean, personal jurisdiction problems, subject matter jurisdiction problems, and extrinsic fraud, which I think we have a hard time saying this, extrinsic fraud. So I'm talking about jurisdiction. They had clearly, other than the notice problem, if we get over that, then you agree that Ohio would have jurisdiction over Chicago Gourmet Steaks, assuming that we agree with the Ohio State Court. Well, let me back up. There is no entity named Chicago Gourmet Steaks to have jurisdiction over, and so it's a tough question to answer in the confines of what you're asking me. It's as if I wanted, and this is the example I used in my brief, what if I brought a case against Frango Mince? I have jurisdiction, or if I get a judgment against Frango Mince, I have no jurisdiction over whatever company ends up owning the Marshall Fields, whether it's Macy's, Federated Department Stores, etc. And you end up with a procedural nightmare. What happens if a company named Lincoln Provision wants to sell the name that it has, Chicago Gourmet Steaks, to another entity, but continue doing business? And this is a problem that comes up where products lines are sold all the time. Now they have a judgment in Ohio against what amounts to a product line, and the real company continues to exist. The issue is, by having a judgment that they did against only a, what's a ghost? It's an illusion. It's a DBA. They need to modify that judgment. You know, that's, I guess, there is no jurisdiction in this court to actually go back and decide that they made a procedural mistake in the Ohio court. That's something that they need to do in the Ohio court. And if they want to have a judgment against a non-entity that they have in Ohio, there really isn't jurisdiction in Ohio over anything according to the judgment. Now they might have a right to go back to open up that judgment, but listen, when they do that, then we're going to be there to say, what are you doing? You don't, if you're going to modify the judgment, then we get to argue about it too, but I guess that's my point. If they want to have this fight about who's the real party, who should the judgment be against, that's where it should be brought, in Ohio. Not here, not using the fact that we didn't get a chance to object when they did bring the lawsuit, because you don't get notice of the fact that it's registered until after it's been registered. We're going to give you time for a reply. Let's hear from your opponent. Thank you. Thank you, Your Honors. Edward Livingston for Plaintiff Peli Protein Partners. I don't want to belabor a lot of the points that have already gone over by the tribunal, but I do think a few points are worth making. First of all, at one point, counsel said that this is, what we're fighting about is a lack of service. Counsel, let me ask you about something that your opponent said. He said this is a, that the misnomer created a procedural nightmare. And I agree with him. Could you have avoided this by ascertaining the correct name of, let me ask it a different way. Doesn't the plaintiff have an obligation to name the entity that it's suing correctly? I believe they do, Your Honor, and I believe that we- Did you do that in this case? I believe that we did. In the Ohio case? In the Ohio case. The Ohio case is- Is there an entity, is there a legal entity called Chicago Gourmet Steaks? No, it is a DBA. However, Your Honor, I will submit to you that the claim is against, clearly against Lincoln Provision doing business as Chicago Gourmet Steaks. And the judgment is entered against the defendant. Counsel, you're not answering what I asked you. What is the caption of the Ohio lawsuit? The caption of the- Tell me the exact caption that you filed that lawsuit under. What's the caption of the Ohio lawsuit? The caption of the Ohio lawsuit reads that it is Protein Partners, 5200 Dakota Road, Richfield, Ohio, 44286, as the plaintiff versus Lincoln Provision, Incorporated, doing business as Chicago Gourmet Steaks, 824 West 38th Place, Chicago, Illinois, 60609, defendant. I'll also note that- That's the Ohio case. This is the Ohio case. Actually, this is appellant's brief, and it's Exhibit A5. Okay, what is the exact caption of the judgment order that was entered in that case? The caption of the judgment is Protein Partners v. Chicago Gourmet Steaks, defendant. And we acknowledge that that caption reflects the doing business as, Your Honor. But I will also point out, as we pointed out in the briefs, that in the body of the judgment, it's judgment for the plaintiff and judgment against the defendant. When a lawsuit is filed and an order is entered granting judgment, bringing the lawsuit to resolution, is it important, or is it your responsibility as the plaintiff to make sure that the judgment reflects exactly the name or the parties that were sued in the case in the first place? I think it's important to make sure that the parties are correctly identified and that there's no confusion in the case, Your Honor. So you think that the judgment doesn't have to reflect the caption under which the case was filed? I don't think that if there is no chance of confusion as to the parties, Your Honor, that the caption is of a nature- Who determines whether there is no chance of confusion? Well, I think that you look at how the parties, if there are multiple parties in a case, that can certainly lead to misidentification if the caption is not correct. Let me ask you, ask in a different way. The caption of the Ohio lawsuit is not exactly what the caption of the Ohio judgment is. The two are not exactly the same. Whose responsibility was that to make sure that the two were the same? I think the responsibility is shared, Your Honor. The plaintiff bears some responsibility as well as, I think, the court reviewing the judgment has some responsibility to ensure that the judgment's correct. Also, I think that- The Ohio court? The Ohio court. I also think that this is a situation where the defendant, who the judgment is entered against, has an opportunity, if he believes the judgment's incorrect, to go back to that- Well, we're not really asking about that yet because they said they didn't have notice and everything seems to suggest that they did not in actual notice anyway. But my question is very limited to whether, as plaintiff, you have an obligation to make sure that the order that is entered granting you judgment in a case lines up with the caption of the case or the parties that were sued in the first place. That's my narrow question. To your narrow question, I would answer that I believe that the responsibility for making sure that the caption matches the parties is a response, I would say, is a shared responsibility between the person seeking to enter the order and the court reviewing that order upon entry. I would expand upon that answer, though, Your Honor, to say that the primary responsibility when doing these is to ensure that there is no confusion created by the caption or the entry of the order, and I don't think there's any confusion in this case as to who the actual parties were. I don't think there's any confusion in this case as to the fact that the actual, the defendant that's, you know- Well, that's not what he says. I understand that that's- That's why I asked you, who determines whether there's confusion? You know, the plaintiff, I think we can agree that the plaintiff has a responsibility for deciding who he wants to sue, making sure that the person that he sued is the person that he got the judgment against. And if there is any confusion, I'm not sure that it's your prerogative to determine whether or not the confusion exists, and if so, how to resolve it. You seem to say, well, there's no confusion because I say there isn't. Well, I think that, I don't think it's because I say there isn't, Your Honor. I think that the facts in front of this tribunal clearly show that there was no confusion as to the parties in this case. I mean, that is our position. That's been our position consistently throughout. And I think that you indicated that it seems clear that they were not served. I don't think that it is clear. I think that we have actual service under Illinois rules that has been found. Every court that has looked at the Ohio rules of civil procedure in regard to service of corporations has upheld the rule under which they were served. There's no dispute that the service in the Ohio case conformed to the requirements under Illinois law. There's absolutely none. There's also, I think that if you read through. Just one other question. Had you not, had you noticed that the names were different in the judgment order entered by the Ohio court from the caption of your lawsuit and you took care of that before you left the Ohio case, the Ohio court, we wouldn't be here, would we? Well, I don't know, given the unique arguments that we've presented with, if we would not be here, but I think that that would not, that issue would not be before us, certainly, Your Honor. What do I do with this Ayers case? Ayers, you should be troubled by Ayers. Ayers is not being used in a way that actually eliminates this case in any way, shape, or form. Ayers is a case where the plaintiff sued and got service on an entity that was not the correct defendant. You know, A sued B and got service on B and then got a judgment against B. They come back to enforce the judgment outside the original state and they say, oh, wait. We didn't serve B. We didn't get a judgment. We didn't want a judgment against B. We didn't want to serve B. We wanted to serve C. And so they attempted at that point to change the. Help me with the B and the C part. Okay. Because I keep, I don't even have a problem with the facts in this case. I have a real hard time figuring out what the, who got. So the Ohio Doctrine says, this is in a footnote, where they kind of tell us what B and C is. Alias summons together with copy complaint, mail-in certified, to defendant Rose Construction Company. So is that the name of the company? Rose Construction was an individual's unregistered assumed name. The individual was not associated with the, what is it, Allen Rose Cement and Construction Company, which was a corporate entity. So, and service was sent to and obtained upon this individual in the name of this assumed company. It didn't have, that person and that assumed company had no relation to who should have been the actual defendant in the case. And that's where the problem was. The problem was not that they mixed up the name. Not that they didn't get the name quite right when they served, you know, on the correct defendant. They served the wrong defendant. They served the wrong defendant. They got a judgment against the wrong defendant. Absolutely. You don't get to correct that when you register a judgment. That's not the case here. So is that extrinsic fraud in the sense that it's been defined that, whatever that was? Yes, absolutely, Your Honor. That, the Ayers case would be a case of extrinsic fraud. I mean, they are, the plaintiff in that case was attempting to use a judgment that was effectively against an unrelated party against an entity in Illinois. And that's It was a, the naming of this wrong party was collateral to the issues in the case and prevented the unsuccessful party, the actual defendant, from having a fair opportunity to participate and defend in the action. Absolutely. They, the actual defendant, had no opportunity because it wasn't that they didn't see the envelope or whatever. No service was actually sent to them. They, in that case, there was no question that they got no notice whatsoever because the notice went to a completely unrelated party to them. They did not have an opportunity to step up and defend their case. Lincoln did. Lincoln got notice, properly served under the Ohio statute. They could have appeared. They didn't. Lincoln was issued, a judgment was issued against the defendant in the case, which was Lincoln provisioned doing business as Chicago Gourmet Steaks. I think that the, if you have further questions, I mean, I think we've dealt with the extrinsic fraud issue. Our briefs make it clear we don't think that that's the case here. I think that there was a very telling admission by counsel where he said that you asked him about the voidness of the case. He said neither of his later two issues relate to voidness. I think that that says it perfectly. And the only issue before this court is whether the service was correctly made. And make it very clear what appellant is asking for here. He wants to say he's not, but what he's asking for, to rule that Illinois will not give full faith and credit to Ohio judgments when they're served on a corporation under the relevant rules that have been held to be constitutional in Ohio by the Ohio Supreme Court. Let me ask you, if you're seeking to register a foreign judgment, is it not a requirement that you register the actual judgment under the name that the judgment was actually entered in by the foreign jurisdiction? It is, Your Honor. And given that we've discussed the issue with the caption, it is our position that we are registering against, we are registering it exactly against the parties that the judgment's entered against, and That wasn't my question. I know that's not what you want to answer, but I want you to answer my question, which is, isn't it a requirement that you actually register the judgment as it was entered by the court in the foreign jurisdiction? It is a requirement that the judgment be entered, that the same judgment be entered that was entered in the foreign jurisdiction. And is that what happened here? I believe it is, Your Honor. I believe that. So you think that by adding LLP and by adding Lincoln Partners, that's of no moment. That really makes no difference. And that's entering the judgment exactly as. So if it's of no moment, why did you do it? I believe, Your Honor, that we named the correct parties. We attacked the judgment. That's a different question. My question is, if it makes no difference, which is what you're telling me, why did you bother to add the words that were missing from the judgment as opposed to what actually appeared on the caption, the caption of your Ohio case? Now, you have a caption, you have a judgment that's different from the caption. When you went to enter the judgment here, you changed the judgment exactly to match the caption of the case. My question is, if it didn't matter, why did you do that? Well, I do believe, I mean, and as you pointed out, we are here because there was a problem with the caption, at least in part. The changing. There was a problem with the caption? I mean, the caption does not match, the caption of the judgment does not match the caption of the lawsuit. And we have, and between that, we have one issue where protein partners was not identified as an LLP in the caption, even though it was identified as an LLP in the body. So I guess the question I'm really getting to, should we just disregard that? The fact that the judgment that was entered by the Ohio court and the one that you registered in Cook County actually said something different. Should we just disregard that? I will go back to what I previously said, Your Honor. I don't believe you should disregard it. I believe that you should look at that in the context of the case and ask yourself whether there was actually any confusion, whether that is a substantive change or whether this is a procedure over a substantial issue. Well, you obviously felt that it had some importance, so you changed the name to match the caption. Did you ever consider going back to the Ohio court to seek leave of court to change it in the Ohio court? Actually, I can't answer that, Your Honor. I'm not the attorney who entered the judgment here, but I, you know, I can't speculate as to what the consideration was, if there was a consideration to go back to the Ohio court. Let me ask you another question related to if the same thing occurred in Illinois where the parties were sued under one name and then the court entered a judgment under a different name from the case caption, before you could do anything else in the case, would you need to seek leave of court to amend that judgment order to match the caption?  I mean, are you saying a different entity or a different? You know, the LLP must mean something. It's there. It must mean something. So, same scenario as you have here, but if it occurred in Illinois, before you could execute on that judgment, would you have to seek leave of court to amend the judgment to match the case that was filed? I think that if there was an actual. Or could you just do it without? I think if there was actual confusion as to who the parties were, you may need to seek leave to amend that. However, I will say that. So, the triggering factor is whether it's actual confusion. Otherwise, you can just amend the judgment yourself. I believe that the proper way to address. One thing that I will also point out is that appellant keeps saying they had no opportunity to challenge the actual entry of the judgment. I just want you to answer my question. I know what their arguments are and yours too. Believe me, we have read this very, very carefully. But I just want you to answer my question. What is. What would be the procedure if this case occurred in Illinois? What would be the procedure for getting the judgment order to line up with your case caption? What would you have to do? I think it would be. You could. In the Cook County Court, it could be done on an oral motion. Just amending on their face. But you'd have to seek leave of court, wouldn't you? You would have to seek. I think you would at least have to get permission or raise it to the court's attention. In this case, you didn't do that. You didn't seek leave of court to do that. You just did it. Is it okay to do that? And is it okay for you to do that simply because the judgment was entered in Ohio? I don't think it's. Again, I don't think that the. That it's because a judgment was entered in Ohio. I think that it came here. We. Well, the question is, do you need leave of court or not? And I think we've already agreed that in order to amend the judgment order, you need leave of court. And my question is, if you need leave of court, did you get it? Did you seek it? Did you seek it in Ohio? Did you seek it here? Who gave you permission to amend that judgment language? That's my question. We did not seek leave of court here, Your Honor. And no leave was requested in this case in regard to that. I just wanted to make one other point before I sit down and I'll take any other questions you have. One thing that is throughout appellant's brief and here in court is this idea that they were somehow dragged into Ohio and dragged into Illinois. The lawsuit in Ohio was filed in Ohio because Lincoln Partners hired my client to solicit business in Ohio. It's where the transactions occurred. It was a proper place to file the complaint. We're here now because Lincoln Partners refused to pay on the judgment. So you go to where the business is to collect on the judgment. This idea that, you know, protein was somehow scouring the countryside for, you know, a deficient due process is frankly absurd and that's all I will say about that. The other thing that I think is just, before I sit down, it just must be pointed out is the one argument you will never, you have not heard, it's not in the briefs, it's not in any of the briefs below, is that Lincoln provision does not owe the money to protein partners. All arguments against payment have been on these hyper-technical grounds. There's been no argument that the judgment is valid. We can't build it. All the cases say, you know, we're not going to retry this. We cannot retry this case. We can only say, this judgment that was entered in Ohio, is it void or is it not? And I have submitted to you, it's not a void judgment counter. It's a valid judgment. If you have no other questions, I'll sit down and allow any. Thank you, Your Honors. I have two main points here. One is, I thought that I had clarified my point in which I indicated in response to your question, Your Honor, that there was no jurisdiction in this court for the judgment against Lincoln provision. The issue being that they changed the names on the orders. And although I originally said that it wasn't a void judgment, my point is, it is a void judgment. And I thought I clarified that as I finished talking. It's as void as a judgment would be if a company were sued for $1,000 and then the order entered said that $1 million was owed. Supreme Court Rule 105 says that if you're going to seek a change to the judgment that you're suing about, if the relief that you want is different than the relief in the complaint, you have to give new notice to the people that are being sued. And that's my point about what happened here. Just- My problem is, we're not about amending the complaint here. Right. That's not our focus. Whatever happened in Ohio is Ohio and is conceived from all these cases from Montana and Kansas. Yeah, there could be lots of problems with what happened in those courts, but that's not our job here. Our job is to say, okay, if you had a problem with what happened in Ohio, go to Ohio, okay? But the only question I have to say is now that you're here, they brought this judgment here, is it void or is it not? And to say that there are other technical ways to modify things, that's not the question. My issue being that I'm saying it's void because the statute that allows them to register a foreign judgment says you get to register the judgment. That's two things, register and allow judgment. And when they came to Illinois and they changed what that judgment was, they've implicitly recognized that there's a problem by having a judgment. The caption, by the way, just to be clear, of that judgment says the plaintiff is Lincoln Protein Partners and the defendant is the DBA, Gourmet Steaks. So the judgment is entered in favor of the plaintiff and against Chicago Gourmet Steaks. There's no reference at all to the fact that this is a different entity named Lincoln Provision. And so if they're going to come here, they're going to take that, they're going to go under section 652 of the registration of foreign judgments. And they're going to ask the trial court to then change the name or I'm saying, no, there is no jurisdiction. That judgment is void when they change the name of the parties. They certainly might have- It was a valid judgment against, you agree it was a, let's do this. Taking it apart for the service. It was a valid judgment against Chicago Gourmet Steaks. It's as valid as a judgment against any non-entity can be.  But they're entitled to have that order entered if they so choose. Whether it's enforceable, I don't know. See, there's another question about that, but that's another- And I say- Is it, was it a valid, would it be a valid judgment against Lincoln Provision, Inc., DBA, Chicago Gourmet Steaks? Ignoring the big issue of the service, if they had a judgment entered against that in Ohio, and then they sought to register it here in that manner, I think that we wouldn't be before this court, I think. The problem you see, I think we've got something here. The problem that you see is the way the judgment was written in Ohio, that it doesn't set out the name of the parties as the complaint described. Is that the problem? That's 99% of the problem, correct. 99, okay, we're there. Crystal clear, I mean, that's several- Yeah. What you're saying is, forget all these other problems. What happened was, when they were in Summit County, Ohio, in the court of appeals, really poorly, and the judge signed it. And that's why it's not enforceable here. That's your position. Right, and I'm saying that if they then think that they have the right to come here and ask this court or the trial court to look at all these facts below, instead of doing what the statute says, which is look at the judgment and register it, saying, yeah, but let's look at other things. Let's look at the complaint. Let's look beyond all of that. Let me answer this. Extrinsic fraud, as it's been defined, was Lincoln Provision, Inc., DBA, Chicago, Gramey States, misled in any way as to the nature that there was this judgment based on the complaint? What, what, what, it's a, let's see, how, what's it describing? Extrinsic fraud. It prevents the unsuccessful parties from having a fair opportunity to participate and defend in the action. The fact that the order of judgment, it changes the parties from the names that were originally on the complaint, and the service, well, perhaps sufficient, but the service on the correct parties. Did the fact that the order that was signed by the judge change the names and mangle the names, did that prevent your client from having a fair opportunity to participate and defend in the action? It did not. Then it's not extrinsic fraud, in that we, what else can we do? That's the only thing we can do. The, the issue is, though, the extrinsic fraud comes from the fact that there's one purpose that you're allowed to come to an Illinois court to register a judgment, and that's to register the judgment as entered. I think that you're creating a Pandora's box, and if you're going to allow people then to say, you know what, facts were really more important than the ones that the court entered, and then let all the plaintiffs that have foreign judgments decide what facts it is that they think. And what facts are you talking about? I'm talking about the fact that they entered a judgment against a non-existent entity, came to Illinois, and then changed the name because they felt that that's not a real big deal, that they're allowed to do that. And I'm suggesting, what else? You're, you're responding to your opponent's point about the confusion, that there was no confusion in who the real parties were, so they should be allowed to do that. That's what you're saying. You're responding to his argument on that, is that right? Right, and I'm trying to address the bigger issue, which is, what next then? What happens if the judgment, somebody thinks that, you know what, we forgot to, it said, and costs, but we think that there's $14,000 in costs, so we're going to enter the judgment in Illinois that said $16,000 for actual damages, plus $14,000 in costs, because we just didn't get around to proving that up in front of the judge, but we could if we wanted to. What else is out there that we're going to have to do? That was kind of the point of that Chikalka case that I had cited, which said, very much like what the issue is with Ayers, you can't just have a judgment against one entity, and then think that you can kind of use a little procedural massaging to then claim that you have a judgment against a different entity. We're opening up the door if we're going to let them say that they can change certain facts that are in the judgment, and we leave it to the discretion of the plaintiff to do that. There's a procedure for what they want to do. That's to go back to the Ohio court. We'd love them to go back to the Ohio court, because then for the first time, we would get the chance to bring the arguments that we want to bring, but really, basically, let's face it. No Ohio court is going to let us argue after the Ohio Supreme Court about service and all of that. What we're saying is, if they want to go back and modify the judgment as they tried to do here, let them do it in Ohio. That's what is supposed to happen. We're supposed to give full faith and credit to judgments that were entered, that judgment is entered against Chicago Gourmet Steaks. That's as far as it should go, ever. They don't get to pick and choose. Now that we got it, we're going to change it, and we're going to bring it here. Thank you. Thank you very much. Thank you both.